IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY HAMEL-SCHWULST,
     Plaintiff,

vs.                                  Case No.:  3:08cv529/MCR/EMT

JEFFEREY P. NEGROTTO, et al.,
     Defendants.
_____/

## ORDER

     This cause is before the court on Plaintiff's motion for extension of time (Doc. 34) to respond to Defendant MERS Inc.'s alternative motion to dismiss, motion to transfer venue, or motion to stay pending arbitration (Doc. 15).  Plaintiff seeks an extension of time until ten (10) days after the court determines whether this action should be stayed as to all Defendants in light of Defendant Negrotto's filing a Suggestion of Bankruptcy (Doc. 27).

     Plaintiff's motion for an extension of time will be granted.  Additionally, all parties except Defendant Negrotto will be required to confer and file a report of their positions regarding whether proceedings in this court should also be stayed as against the Defendants not in bankruptcy.  Plaintiff shall initiate arrangements for the conference and filing of the report, but the court shall hold all parties equally responsible for ensuring that the conference is held and the report filed as required.

     Accordingly, it is **ORDERED**:

     1.     Plaintiff's motion for extension of time (Doc. 34) is **GRANTED**.

     2.     All parties except Defendant Negrotto shall confer and file, within **TWENTY-ONE (21) DAYS** from the date of docketing of this order, a report of their positions regarding whether proceedings in this court should also be stayed as against the Defendants not in bankruptcy.

     **DONE AND ORDERED** this 21st day of April 2009.


                               /s/ *Elizabeth M. Timothy*
                               **ELIZABETH M. TIMOTHY**
                               **UNITED STATES MAGISTRATE JUDGE**