IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY HAMEL-SCHWULST,
    Plaintiff,

vs.                       Case No.: 3:08cv529/MCR/EMT

JEFFEREY P. NEGROTTO, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Amended Report and Recommendation dated August 5, 2009. (Doc. 96). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 96) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for stay (doc. 63) is **DENIED** and this case is **NOT** stayed as to any Defendant.

3. The stipulations for dismissal filed by Plaintiff and Defendants Martin and Notary Public Underwriters of Mississippi, Inc. (docs. 86, 88) are **APPROVED** and Plaintiff's claims against Defendants Martin and Notary Public Underwriters of Mississippi, Inc. are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fee.

**DONE AND ORDERED** this 10th day of September, 2009.

                                      s/ *M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**