**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MARY HAMEL-SCHWULST

    VS                                              CASE NO. 3:08cv529 MCR/EMT

JEFFEREY P. NEGROTTO, ET AL

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 11/03/2009
Type of Motion/Pleading OBJECTIONS TO MAGISTRATE JUDGE, ELIZABETH TIMOTHY'S RULING OF OCTOBER 26, 2009, RE: THIRD AMENDED COMPLAINT APPEAL TO THE DISTRICT COURT, TITLE 28:636 U.S.C., LOCAL RULE 72.1
Filed by: Plaintiff        on 11/2/09     Doc. No. 130
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                       on             Doc. No.
                                       on             Doc. No.
                                       WILLIAM M. McCOOL, CLERK OF COURT

                                       /s/ *Lynn C. Uhl*
                                       Deputy Clerk: Lynn Uhl

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 5th day of November, 2009, that:

    The requested relief is DENIED. On consideration of plaintiff's objections to the magistrate judge's order the court concludes the magistrate judge's order is neither clearly erroneous nor contrary to the law. 28 U.S.C. § 636(b)(1)(A); Fed.R.Civ.P. 72. Accordingly, the magistrate judge's order is Affirmed.

                                                       s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT JUDGE**

Entered On Docket:                By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                                               Document No.